Courtesy Copy



LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 – Ph.
(212) 490-6070 – Fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FORTIS CORPORATE INSURANCE, as subrogee of NOBLE AMERICAS CORP. and NOBLE RESOURCES S.A.,

    Plaintiff,

v.

M/V LOVELY FALCON (ex FLAG SPLENDOUR), her engines, tackle, apparel, etc., *in rem*, THE VENIAMIS GROUP and GOLDEN UNION SHIPPING CO. S.A., *in personam*,

    Defendants.

---

08 Civ. 4504 (DAB)

## STIPULATED ORDER

And now, this 11th day of June, 2008, on the stipulation as indicated below of counsel for Plaintiff, Fortis Corporate Insurance and counsel for Defendants, the Veniamis Group and/or Golden Union Shipping Co. S.A. as to the form and sufficient of substitute security in the form of a P&I Club Letter of Undertaking provided by the Defendants pursuant to Supplemental Admiralty Rule E for the purpose of dissolving the maritime attachment issued hereunder;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the amount of the P&I Club Letter of Undertaking to be provided to the Plaintiff by the Defendants is hereby fixed at the sum of $36,486.30 (United States thirty six thousand four hundred eighty six and 30/100 dollars);

2. That the maritime attachment of the Defendants' property in the hands of any and all garnishees in the within proceedings is hereby dissolved and vacated and that the case shall proceed in ordinary course; and

4. Any garnishee holding property of the Defendant pursuant to the Ex Parte Order(s) issued in this case is hereby ordered and directed to release such property pursuant to written instructions to be provided by letter from Defendants' counsel to any such garnishee, together with a copy of this Stipulated Order.

Dated: June 24, 2008

*Deborah A. Batts*
United States District Judge

The parties stipulate and consent to the entry of the above Order:

The Plaintiff,
FORTIS CORPORATE INSURANCE

By: /s/ Christopher M. Schierloh

Christopher M. Schierloh, Esq.
CASEY & BARNETT, LLC
317 Madison Ave., 21st Floor
New York, NY 10017
(212) 286-0225

- and -

The Defendants,
THE VENIAMIS GROUP and
GOLDEN UNION SHIPPING CO. S.A.

By: /s/ Patrick F. Lennon

Patrick F. Lennon, Esq.
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050